583 A.2d 346

IN THE MATTER OF JAMES E. REKULAK, PRINCIPAL
UTILITY MANAGEMENT ANALYST (PS1994R) v.
DEPARTMENT OF PERSONNEL.

March 26, 1990.

Petition for certification denied.

583 A.2d 346

MILES M. STUCHIN, ETC. v. JACOB KASIRER.

March 26, 1990.

Petition for certification denied.   (See 237 *N.J.Super.* 604,
568 *A.*2d 907)

583 A.2d 346

AUGUSTUS GERDING, ETC. v. MICHAEL AMBROSIO, M.D.

March 26, 1990.

Petition for certification denied.

583 A.2d 346

JOHN V. SPARKMAN v. CITY OF ATLANTIC CITY.

March 26, 1990.

Petition for certification denied.   (See 237 *N.J.Super.* 623,
568 *A.*2d 917)